UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 31 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MIMI WEISS,

Plaintiff - Appellant,

v.

PERMANENTE MEDICAL GROUP, INC.,

Defendant - Appellee.

No. 24-6609

D.C. No.
3:23-cv-03490-RS

Northern District of California,
San Francisco

MANDATE

The judgment of this Court, entered July 24, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against Appellee in the amount of $121.80.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT